DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD C. STEVENSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2944

[December 19, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas Michael Lynch V, Judge; L.T. Case No. 13-17343 CF10A.

Donald C. Stevenson, Raiford, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., TAYLOR and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***